Form oscccq – osccrcrv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

___

Case No.:  18–26686–RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Iris D. Rios
    2284 North Avenue
    Scotch Plains, NJ 07076

Social Security No.:
    xxx–xx–2734

Employer's Tax I.D. No.:

___

### ORDER TO SHOW CAUSE WHY CASE SHOULD
### NOT BE DISMISSED FOR DEBTOR'S FAILURE TO
### MEET CREDIT COUNSELING REQUIREMENTS

    The Court having noted the debtor(s)'s failure to comply with the credit counseling requirements of the Bankruptcy Code as indicated below,

☑    The ☑ debtor ☐ joint debtor did not file a Certificate of Credit Counseling with the petition and has not requested an exemption from the credit counseling requirement and has not filed a request for a temporary waiver of the credit counseling requirement,

☐    The ☐ debtor ☐ joint debtor filed a Certificate of Credit Counseling after filing the petition that indicates that the debtor(s) participated in credit counseling after filing their petition, and has not filed a request for a temporary waiver of, or exemption from the credit counseling requirement,

☐    The ☐ debtor ☐ joint debtor filed a Certificate of Credit Counseling indicating that the debtor(s) participated in credit counseling more than 180 before the filing of the petition,

    It is hereby

    ORDERED that the ☑ debtor ☐ joint debtor shall file with the Clerk at the address above, a Certificate of Credit Counseling indicating that they participated in a credit counseling briefing within the 180 days prior to the filing of their petition by 9/4/18 or the case will be dismissed.

    If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 9/4/18.

    If an objection or request for a hearing is filed, you or your attorney must appear at a hearing to be held before the Honorable Rosemary Gambardella on

Date: September 19, 2018
Time: 10:30 AM
Location: Courtroom 3E
Address:    Martin Luther King, Jr . Federal Building
            50 Walnut Street
            3rd Floor
            Newark, NJ 07102

Dated: August 21, 2018
JAN: lc

<u>Rosemary Gambardella</u>
United States Bankruptcy Judge

Case 18-26686-RG    Doc 9    Filed 08/23/18    Entered 08/24/18 01:38:53    Desc Imaged
Certificate of Notice    Page 2 of 3

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-26686-RG
Iris D. Rios                                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Aug 21, 2018
                             Form ID: oscccq           Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2018.
db              +Iris D. Rios,    2284 North Avenue,    Scotch Plains, NJ 07076-4526

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 21 2018 23:34:31      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
                                                                                      TOTAL: 1


                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2018                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2018 at the address(es) listed below:
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                      TOTAL: 1